Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
OCT 29 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Guadalupe Felix

vs

United States Border Patrol;
Department of Homeland Security;
United States Border Patrol Agent
Michael Allen; United States Border
Patrol Agent Stephen Stypinski;
United States Border Patrol Agent
John Jarequi; ▬▬▬▬▬▬
Patrol Agent Jose Ortiz and Does
1—10

**SUMMONS IN A CIVIL ACTION**
Case No. 07CV 2058-LAB(LSP)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Ralph R. Rios
36 W. Colorado Blvd. Suite 301
Pasadena, CA 91105

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.    10/29/07
CLERK                     DATE

ARVAUNT___ORIA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)