# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE FELIX,<br><br>                              Plaintiff,<br>   vs.<br><br>UNITED STATES BORDER PATROL, et al.,<br><br>                            Defendants. | CASE NO. 07CV2058-LAB (LSP)<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

Plaintiff Guadalupe Felix, proceeding with the assistance of counsel, filed a 42 U.S.C. § 1983 Civil Rights action on October 29, 2007. The docket reflects no proof of service of the Summons and Complaint has been filed. Civil Local Rule 4.1 requires plaintiffs to serve the defendants with the summons and complaint, in conformance with Federal Rules of Civil Procedure Rule 4, within 120 days of filing the complaint. Failure to effectuate service of process within that time triggers a requirement the plaintiff be given notice with an Order To Show Cause why the case should not be dismissed. Accordingly, **IT IS HEREBY ORDERED**, on or before *April 25, 2008*, Plaintiff or her counsel shall file a declaration showing good cause why the court should not dismiss her Complaint for failure to timely serve the defendants. Failure to timely file the declaration or failure to show good cause will result in dismissal of this action without further notice, without prejudice.

**IT IS SO ORDERED**.

DATED: April 4, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

07CV2058