Ralph R. Rios, (CBN:80585)
Ralph M. Rios, (CBN: 230454)
**RIOS & ASSOCIATES**
36 W. Colorado Blvd. Suite 301
Pasadena, California 91105
Telephone:  (626) 583-1100
Facsimile:   (626) 583-1475
Email: rmr@rrioslaw.com

Attorneys for Plaintiff GUADALUPE FELIX

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GUADALUPE FELIX** | CASE NO. 07CV2058-LAB(LSP) |
| Plaintiff, | **PLAINTIFF'S RESPONSE DECLARATION TO ORDER TO SHOW CAUSE** |
| vs. | |
| **UNITED STATES BORDER PATROL, ETAL.,** | |
| Defendants. | |

**TO THE HONORABLE LARRY ALAN BURNS, UNITED STATES DISTRICT JUDGE:**

   Plaintiff GUADALUPE FELIX, submits the following declaration of Ralph R. Rios in response to the court's order setting an order to show cause re failure to effectuate service.

# DECLARATION OF RALPH R. RIOS

I, Ralph R. Rios, hereby declare as follows :

1. I am an attorney at duly law license to practice before all courts of the state of California and the United States District Court for the Southern District of California and I am associated with the Law Offices of Rios & Associates , counsel of records for the plaintiff herein .

2. I inadvertently failed to effectuate service on Defendants in this case. The failure was due to the mistaken belief that the case was out for service when in fact it had never been processed for service.

3. The failure of plaintiff's counsel to effectuate service was a good faith mistake and was not done in any way to prejudice the case or deliberately interfere with the progression of the matter before the Court.

4. The file is currently out for service with Alpha Attorney Service and we expect a Proof of Service of Summons and Complaint to be filed with the court no later than Tuesday, April 29, 2008.

4. Please accept plaintiff's counsel's apology and I request that you do not sanction our office for this error.

DATED:  April 25, 2008

                          LAW OFFICES OF RIOS & ASSOCIATES

                          By:
                              RALPH R. RIOS
                              Attorneys for Plaintiffs