# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE FELIX,<br><br>                    Plaintiff,<br>   vs.<br><br>UNITED STATES BORDER PATROL,<br>et al.,<br><br>                  Defendants. | CASE NO. 07CV2058-LAB (LSP)<br><br>**ORDER DISCHARGING OSC AND SETTING SERVICE DEADLINE**<br><br>[Dkt No. 3] |

     In response to this court's April 7, 2008 Order To Show Cause re Dismissal ("OSC") for failure to timely serve the summons and Complaint in this 42 U.S.C. § 1983 Civil Rights action, counsel for plaintiff Guadalupe Felix, Ralph R. Rios, Esq., has provided a declaration explaining he inadvertently failed to effectuate service due to his mistaken belief the case had been "processed for service." Dkt No. 4. He represents the delay was the result of a good faith mistake, and the service process has now been initiated. He represents he anticipated filing a Proof of Service of Summons and Complaint no later than April 29, 2008. The court accepts Mr. Rios' explanation as a showing of good cause why the case should not be dismissed and accordingly discharges the OSC. However, as of the date this Order is entered, no proof of service has been filed. Accordingly, **IT IS HEREBY ORDERED** counsel shall ensure the proof of service is filed on or before *May 12, 2008* or the case will be dismissed, without prejudice, without further notice.

     **IT IS SO ORDERED**.

DATED: May 7, 2008

*Larry A. Burns*

**Honorable Larry Alan Burns**
United States District Judge