Summons In a Civil Action (Rev 11/97)

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

Guadalupe Felix

vs

United States Border Patrol;
Department of Homeland Security;
United States Border Patrol Agent
Michael Allen; United States Border
Patrol Agent Stephen Stypinski;
United States Border Patrol Agent
John Jarequi; ▮▮▮▮▮▮▮▮▮▮
Patrol Agent Jose Ortiz and Does
1—10

SUMMONS IN A CIVIL ACTION
Case No. 07CV 2058- LAB (LSP)

TO: (Name and Address of Defendant)

DEPARTMENT OF HOMELAND SECURITY
425 MURREY LANE
BUILDING 410
WASHINGTON D.C. 20528

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Ralph R. Rios
36 W. Colorado Blvd. Suite 301
Pasadena, CA 91105

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____, Deputy Clerk

10/29/07
DATE

Summons In a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 5·13· 2008 |
| NAME OF SERVER  MIRIAM ESPINOSA | TITLE PARALEGAL, ASSIST. |

Check one box below to indicate appropriate method of service

☐ Served ~~personally~~ **by certified mail** upon the defendant. Place where served:
425 MURREY LANE BUILDING 410 WASHINGTON D.C. 20528

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☑ Other (specify):
CERTIFIED MAIL RECEIPT 7006 3450 0000 5312 7648

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:  5/13/08
Date

Signature of Server

36 W. Colorado Blvd.
Address of Server

### NOTICE OF RIGHT ~~TO CONSENT TO~~ TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)