```
 1  KAREN P. HEWITT
    United States Attorney
 2  RICHARD TOLLES
    Assistant U.S. Attorney
 3  California State Bar No. 078948
    U.S. Attorney's Office
 4  Federal Office Building
    880 Front Street, Room 6293
 5  San Diego, California 92101-8893
    Telephone: (619) 557-7479
 6
    Attorneys for Federal Defendants
 7
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE FELIX, ) | Case No. 07cv2058 LAB(LSP) |
|  ) | |
| Plaintiff, ) | |
|  ) | |
| v.  ) | NOTICE OF MOTION AND |
|  ) | MOTION TO DISMISS |
| UNITED STATES BORDER PATROL, ) | |
| et al., ) | DATE: September 2, 2008 |
|  ) | TIME: 11:15 a.m. |
| Defendants. ) | CTRM: 9 |

TO: PLAINTIFF AND HIS ATTORNEY OF RECORD,

PLEASE TAKE NOTICE that on September 2, 2008, at 11:15 a.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Larry A. Burns, the federal Defendants will bring on their Motion To Dismiss pursuant to Fed. R. Civ. P. 4(m), 12(b)(1), (2), (4) and (5).

This motion is based upon the accompanying memorandum of law and exhibits and the files and records of this case.

DATED: June 25, 2008

                               Respectfully submitted,

                               KAREN P. HEWITT
                               United States Attorney

                               s/ Richard Tolles
                               Assistant U.S. Attorney
                               E-Mail: Richard.Tolles@usdoj.gov
                               Attorneys for Federal Defendants