1  KAREN P. HEWITT
   United States Attorney
2  RICHARD TOLLES
   Assistant U.S. Attorney
3  California Bar No. 078948
   Office of the U.S. Attorney
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-7479
6
   Attorneys for Defendant
7  United States of America

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10  GUADALUPE FELIX,              )    Case No. 07cv2058 LAB (LSP)
                                  )
11                               )    TABLE OF CONTENTS FOR EXHIBITS
        Plaintiff,               )    IN SUPPORT OF GOVERNMENT'S
12                               )    NOTICE OF MOTION AND MOTION TO
        v.                       )    DISMISS
13                               )
    UNITED STATES BORDER         )
14  PATROL, ET AL.,              )
                                 )
15      Defendants.              )
                                 )
16

17     Exhibits:                                                    Pages:

18     1:      Docket                                               1-3
       2:      Order to Show Cause Re Dismissal                     4-5
19     3:      Plaintiff's Response - Declaration to Order to Show Cause   6-8
       4:      Order Discharging OSC & Setting Service Deadline     9-10
20     5:      Declaration of Richard Tolles                       11-13
       6:      Declaration of Michael G. Allen                     14-15
21     7:      Declaration of Stephen M. Stypinski                 16-17
       8:      Declaration of John A. Jaurequi                     18-19
22     9:      Declaration of Jose J. Ortiz                        20-21
       10:     Summons in a Civil Action - U.S. Attorney's Office  22-24
23     11:     Summons in a Civil Action - Homeland Security       25-27
       12:     Declaration of Mary Wiggins                         28-30
24     13:     Declaration of Gary Ortega                          31-32
       14:     Declaration of William Brett                        33-35

25

26

27

28

1 | KAREN P. HEWITT
United States Attorney
2 | RICHARD TOLLES
Assistant U.S. Attorney
3 | California Bar No. 078948
Office of the U.S. Attorney
4 | Federal Office Building
880 Front Street, Room 6293
5 | San Diego, California 92101-8893
Telephone: (619) 557-7479
6 |
Attorneys for Defendant
7 | United States of America

8

9 |                  UNITED STATES DISTRICT COURT

10 |               SOUTHERN DISTRICT OF CALIFORNIA

11 | GUADALUPE FELIX,                )      Case No. 07cv2058 LAB (LSP)
                                    )
12 |                                 )      EXHIBIT 1
           Plaintiff,               )
13 |                                 )
           v.                       )
14 |                                 )
      UNITED STATES BORDER PATROL,   )
15 | et al,                          )
                                    )
16 |      Defendants.                )
                                    )
17 | _____)

18 |                          EXHIBIT 1

19

20

21

22

23

24

25

26

27

28

*United States Border Patrol Agent*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stephen Stipinski**
*Border Patrol Agent*

represented by **U S Attorney CV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Jarequi**
*United States Border Patrol Agent*

represented by **U S Attorney CV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jose Ortiz**
*Border Patrol Agent*

represented by **U S Attorney CV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**DOES**
*1-10*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/29/2007 | 1 | COMPLAINT against Stephen Stipinski, John Jarequi, Jose Ortiz, United States Border Patrol, Department of Homeland Security, Michael Allen ( Filing fee $ 350 receipt number 143821.), filed by Guadalupe Felix. t/w Jury Demand. (pdc) (bar ). (Entered: 10/30/2007) |
| 10/29/2007 | 2 | Summons Issued as to Stephen Stipinski, John Jarequi, Jose Ortiz, United States Border Patrol, Department of Homeland Security, Michael Allen, U.S. Attorney and U.S. Attorney General (vrp) (Entered: 11/01/2007) |
| 04/07/2008 | 3 | ORDER TO SHOW CAUSE re Dismissal: On or before April 25, 2008, Plaintiff or her counsel shall file a declaration showing good cause why the court should not dismiss her Complaint for failure to timely serve the defendants. Failure to timely file the declaration or failure to show good cause will result in dismissal of this action without further notice, without prejudice. Signed by Judge Larry Alan Burns on 4/4/08. (pdc) (av1, ). (Entered: 04/07/2008) |
| 04/28/2008 | 4 | DECLARATION *of Ralph M. Rios* in Response to 3 . (Rios, Ralph) Modified text. Attorney emailed re timeliness, not properly signed (pdc). (Entered: 04/28/2008) |
| 05/08/2008 | 5 | ORDER Discharging OSC and Setting Service Deadline: The court accepts Mr. Rios' explanation as a showing of good cause why the case should not be |

| | | |
|---|---|---|
| | | dismissed and accordingly discharges the OSC. It is hereby ordered counsel shall ensure the proof of service is filed on or before May 12, 2008 or the case will be dismissed, without prejudice, without further notice. Signed by Judge Larry Alan Burns on 5/7/08. (pdc) (av1). (Entered: 05/08/2008) |
| 05/08/2008 | 6 | Discrepancy Order accepting document: 4 Declaration of Ralph M. Rios. non-compliance with local rule Other: Declaration not timely (Per Order dated 4/7/08, Plaintiff was ordered to file a declaration by 4/25/08). This document is accepted despite the discrepancy noted. Any further non-compliant documents may be stricken from the record. (pdc) (av1). (Entered: 05/08/2008) |
| 05/12/2008 | 7 | SUMMONS Returned Executed by Guadalupe Felix. United States Border Patrol served on 4/28/2008. Answer due 6/27/2008. (Rios, Ralph) Modified to correct answer date. Attorney emailed re wrong event used, wrong answer date (pdc). (Entered: 05/12/2008) |
| 05/13/2008 | 8 | Summons Returned Executed by Guadalupe Felix as to Department of Homeland Security. (Rios, Ralph) Attorney emailed re wrong event, document not timely (pdc). (Entered: 05/13/2008) |
| 05/20/2008 | 9 | Notice of Document Discrepancy and Order Thereon Accepting Document: 8 Summons Returned Executed from Plaintiff Guadalupe Felix. Non-compliance with local rule(s), OTHER: Document not timely. Counsel was ordered to file proof of service by 5/12/08. IT IS HEREBY ORDERED: The document is accepted despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. (pdc)(av1). (Entered: 05/20/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/02/2008 09:18:46 | | | |
| **PACER Login:** | ux3458 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:07-cv-02058-LAB-LSP |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

3

1  KAREN P. HEWITT
   United States Attorney
2  RICHARD TOLLES
   Assistant U.S. Attorney
3  California Bar No. 078948
   Office of the U.S. Attorney
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-7479
6
   Attorneys for Defendant
7  United States of America

8

9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11  GUADALUPE FELIX,                 )   Case No. 07cv2058 LAB (LSP)
                                     )
12                                   )   EXHIBIT 2
          Plaintiff,                 )
13                                   )
          v.                         )
14                                   )
    UNITED STATES BORDER PATROL,     )
15  et al,                           )
                                     )
16        Defendants.                )
    _____)
17

18                            EXHIBIT 2

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5              **UNITED STATES DISTRICT COURT**
6            **SOUTHERN DISTRICT OF CALIFORNIA**
7

8   GUADALUPE FELIX,                          CASE NO. 07CV2058-LAB (LSP)

9                          Plaintiff,         **ORDER TO SHOW CAUSE RE**
                                              **DISMISSAL**
        vs.
10

11  UNITED STATES BORDER PATROL,
    et al.,
12                         Defendants.

13

14       Plaintiff Guadalupe Felix, proceeding with the assistance of counsel, filed a 42 U.S.C.

15  § 1983 Civil Rights action on October 29, 2007. The docket reflects no proof of service of

16  the Summons and Complaint has been filed. Civil Local Rule 4.1 requires plaintiffs to serve

17  the defendants with the summons and complaint, in conformance with Federal Rules of Civil

18  Procedure Rule 4, within 120 days of filing the complaint. Failure to effectuate service of

19  process within that time triggers a requirement the plaintiff be given notice with an Order To

20  Show Cause why the case should not be dismissed. Accordingly, **IT IS HEREBY**

21  **ORDERED**, on or before *April 25, 2008*, Plaintiff or her counsel shall file a declaration

22  showing good cause why the court should not dismiss her Complaint for failure to timely

23  serve the defendants. Failure to timely file the declaration or failure to show good cause will

24  result in dismissal of this action without further notice, without prejudice.

25       **IT IS SO ORDERED**.

26  DATED: April 4, 2008

                                        *Larry A. Burns*
27
                                        **HONORABLE LARRY ALAN BURNS**
28                                      United States District Judge

07CV2058

1  KAREN P. HEWITT
   United States Attorney
2  RICHARD TOLLES
   Assistant U.S. Attorney
3  California Bar No. 078948
   Office of the U.S. Attorney
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-7479
6
   Attorneys for Defendant
7  United States of America

8

9                    UNITED STATES DISTRICT COURT

10                 SOUTHERN DISTRICT OF CALIFORNIA

11  GUADALUPE FELIX,                )      Case No. 07cv2058 LAB (LSP)
                                    )
12                                  )      EXHIBIT 3
              Plaintiff,            )
13                                  )
          v.                        )
14                                  )
    UNITED STATES BORDER PATROL,    )
15  et al,                          )
                                    )
16        Defendants.               )
                                    )
17  _____    )

18                           EXHIBIT 3

19

20

21

22

23

24

25

26

27

28

Ralph R. Rios, (CBN:80585)
Ralph M. Rios, (CBN: 230454)
**RIOS & ASSOCIATES**
36 W. Colorado Blvd. Suite 301
Pasadena, California 91105
Telephone:  (626) 583-1100
Facsimile:   (626) 583-1475
Email: rmr@rrioslaw.com

Attorneys for Plaintiff GUADALUPE FELIX

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GUADALUPE FELIX** | **CASE NO. 07CV2058-LAB(LSP)** |
| **Plaintiff,** | **PLAINTIFF'S RESPONSE DECLARATION TO ORDER TO SHOW CAUSE** |
| **vs.** | |
| **UNITED STATES BORDER PATROL, ETAL.,** | |
| **Defendants.** | |

**TO THE HONORABLE LARRY ALAN BURNS, UNITED STATES DISTRICT JUDGE:**

Plaintiff GUADALUPE FELIX, submits the following declaration of Ralph R. Rios in response to the court's order setting an order to show cause re failure to effectuate service.

7

1  **DECLARATION OF RALPH R. RIOS**

2  I, Ralph R. Rios, hereby declare as follows :

3

4    1.  I am an attorney at duly law license to practice before all courts of the

5  state of California and the United States District Court for the Southern District of

6  California and I am associated with the Law Offices of Rios & Associates ,

7

8  counsel of records for the plaintiff herein .

9    2.  I inadvertently failed to effectuate service on Defendants in this case.

10  The failure was due to the mistaken belief that the case was out for service when

11  in fact it had never been processed for service.

12

13    3.  The failure of plaintiff's counsel to effectuate service was a good faith

14  mistake and was not done in any way to prejudice the case or deliberately interfere

15  with the progression of the matter before the Court.

16

17    4.  The file is currently out for service with Alpha Attorney Service and we

18  expect a Proof of Service of Summons and Complaint to be filed with the court no

19  later than Tuesday, April 29, 2008.

20

21    4.  Please accept plaintiff's counsel's apology and I request that you do not

22  sanction our office for this error.

23  DATED:  April 25, 2008

24

25                          LAW OFFICES OF RIOS & ASSOCIATES

26         By: Ralph R. Rios  Digitally signed by Ralph R. Rios
                              DN: cn=Ralph R. Rios, o, ou,
                              email=rrr@rrioslaw.com, c=US
                              Date: 2008.04.25 18:18:05 -07'00'

27              RALPH R. RIOS
                Attorneys for Plaintiffs

28

1  KAREN P. HEWITT
   United States Attorney
2  RICHARD TOLLES
   Assistant U.S. Attorney
3  California Bar No. 078948
   Office of the U.S. Attorney
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-7479
6
   Attorneys for Defendant
7  United States of America

8

9                    UNITED STATES DISTRICT COURT

10                   SOUTHERN DISTRICT OF CALIFORNIA

11 GUADALUPE FELIX,              )      Case No. 07cv2058 LAB (LSP)
                                 )
12                               )      EXHIBIT 4
          Plaintiff,             )
13                               )
          v.                     )
14                               )
   UNITED STATES BORDER PATROL,  )
15 et al,                        )
                                 )
16        Defendants.            )
                                 )
17 _____)

18                            EXHIBIT 4

19

20

21

22

23

24

25

26

27

28

9

1
2
3
4            **UNITED STATES DISTRICT COURT**
5            **SOUTHERN DISTRICT OF CALIFORNIA**
6
7    GUADALUPE FELIX,                          CASE NO. 07CV2058-LAB (LSP)
8                              Plaintiff,      **ORDER DISCHARGING OSC AND**
                                               **SETTING SERVICE DEADLINE**
         vs.
9                                              [Dkt No. 3]
10   UNITED STATES BORDER PATROL,
     et al.,
11
                             Defendants.
12

13        In response to this court's April 7, 2008 Order To Show Cause re Dismissal ("OSC")
14   for failure to timely serve the summons and Complaint in this 42 U.S.C. § 1983 Civil Rights
15   action, counsel for plaintiff Guadalupe Felix, Ralph R. Rios, Esq., has provided a declaration
16   explaining he inadvertently failed to effectuate service due to his mistaken belief the case
17   had been "processed for service." Dkt No. 4. He represents the delay was the result of a
18   good faith mistake, and the service process has now been initiated. He represents he
19   anticipated filing a Proof of Service of Summons and Complaint no later than April 29, 2008.
20   The court accepts Mr. Rios' explanation as a showing of good cause why the case should
21   not be dismissed and accordingly discharges the OSC. However, as of the date this Order
22   is entered, no proof of service has been filed. Accordingly, **IT IS HEREBY ORDERED**
23   counsel shall ensure the proof of service is filed on or before **May 12, 2008** or the case will
24   be dismissed, without prejudice, without further notice.

25        **IT IS SO ORDERED**.

26   DATED: May 7, 2008

27                                             **Honorable Larry Alan Burns**
                                               United States District Judge
28

07CV2058

1 | KAREN P. HEWITT
United States Attorney
2 | RICHARD TOLLES
Assistant U.S. Attorney
3 | California Bar No. 078948
Office of the U.S. Attorney
4 | Federal Office Building
880 Front Street, Room 6293
5 | San Diego, California 92101-8893
Telephone: (619) 557-7479
6 |
Attorneys for Defendant
7 | United States of America

8

9 |                    UNITED STATES DISTRICT COURT

10 |                 SOUTHERN DISTRICT OF CALIFORNIA

11 | GUADALUPE FELIX,              )      Case No. 07cv2058 LAB (LSP)
                                 )
12 |                             )      EXHIBIT 5
         Plaintiff,             )
13 |                             )
         v.                     )
14 |                             )
UNITED STATES BORDER PATROL,    )
15 | et al,                       )
                                 )
16 |      Defendants.            )
_____)
17 |

18 |                            EXHIBIT 5

19

20

21

22

23

24

25

26

27

28

//

1  KAREN P. HEWITT
   United States Attorney
2  A. RICHARD TOLLES
   Assistant U.S. Attorney
3  State of California Bar No. 78948
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Telephone: (619) 557-7479

6  Attorneys for Defendants

7

                    UNITED STATES DISTRICT COURT
8
                  SOUTHERN DISTRICT OF CALIFORNIA
9

10  GUADALUPE FELIX,                )  Case No. 07cv2058LAB (LSP)
                                    )
11              Plaintiff,          )
                                    )  **DECLARATION OF RICHARD TOLLES**
12              v.                  )
                                    )
13                                  )
    UNITED   STATES   BORDER   PATROL;)
14  DEPARTMENT OF HOMELAND SECURITY;)
    UNITED STATES BORDER PATROL AGENT)
15  MICHAEL   ALLEN;   BORDER   PATROL)
    AGENT  STEPHEN  STIPINSKI;  UNITED)
16  STATES BORDER PATROL AGENT JOHN)
    JAREQUI; BORDER PATROL AGENT JOSE)
17  ORTIZ AND DOES 1-10;            )
                                    )
18              Defendants.         )
                                    )
19  _____)

20

21       I, Richard Tolles, declare:

22       1.   I am employed as an Assistant United States Attorney

23  within  the  Civil  Division  of  the  Office  of  the  United  States

24  Attorney  for  the  Southern  District  of  California.  Within  the

25  United States Attorney's Office, I am the attorney assigned to the

26  above-referenced matter.

27

28

1     2.   On May 7, 2008 I caused a copy of the complaint in this
2 action to be mailed to counsel for the United States Border
3 Patrol, an agency within the Department of Homeland Security.  I
4 faxed the complaint to Border Patrol counsel on May 8, 2008.

5     I declare under penalty of perjury that the foregoing is true
6 and correct, and, if called to testify, would be able to do so as
7 to the information set forth above.

8     Executed this __*23d*__ day of June, 2008, at San Diego,
9 California.

10
                    Richard Telles
                    RICHARD TOLLES
11                  Assistant U.S. Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                              2

                                                    *13*

1   KAREN P. HEWITT
    United States Attorney
2   RICHARD TOLLES
    Assistant U.S. Attorney
3   California Bar No. 078948
    Office of the U.S. Attorney
4   Federal Office Building
    880 Front Street, Room 6293
5   San Diego, California 92101-8893
    Telephone: (619) 557-7479
6
    Attorneys for Defendant
7   United States of America

8

9                   UNITED STATES DISTRICT COURT

10                 SOUTHERN DISTRICT OF CALIFORNIA

11  GUADALUPE FELIX,              )     Case No. 07cv2058 LAB (LSP)
                                  )
12                               )     EXHIBIT 6
            Plaintiff,            )
13                               )
            v.                    )
14                               )
    UNITED STATES BORDER PATROL,  )
15  et al,                       )
                                  )
16          Defendants.           )
    _____ )
17

18                          EXHIBIT 6

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF MICHAEL G. ALLEN

1. I, Michael G. Allen, am a Border Patrol Agent currently assigned to the Indio, California Border Patrol Station.

2. I have not received a summons or complaint in any lawsuit by Guadalupe Felix naming me as a defendant.

3. On or after May 8, 2008, I was informed by agency counsel in an email message that I was named in a lawsuit filed by Guadelupe Felix, but I am not aware of the claims against me in this lawsuit.

4. Prior to May 8, 2008, I was not aware from any source that Guadalupe Felix had filed a law suit against me.

5. On or about June 3, 2008, I was informed that papers relating to a lawsuit naming me had been delivered to the Indio Border Patrol Station but I have not seen those papers.

6. I am not aware of any attempt to serve me personally with a summons and complaint. I have not been served with a copy of the summons and complaint by mail at the Indio Border Patrol Station.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct as executed in Indio, California, on this  19  day of June 2008.

Michael G. Allen

/5

1 | KAREN P. HEWITT
United States Attorney
2 | RICHARD TOLLES
Assistant U.S. Attorney
3 | California Bar No. 078948
Office of the U.S. Attorney
4 | Federal Office Building
880 Front Street, Room 6293
5 | San Diego, California 92101-8893
Telephone: (619) 557-7479
6 |
Attorneys for Defendant
7 | United States of America

8 |

9 |                    UNITED STATES DISTRICT COURT

10 |                  SOUTHERN DISTRICT OF CALIFORNIA

11 | GUADALUPE FELIX,                 )     Case No. 07cv2058 LAB (LSP)
                                     )
12 |                                 )     EXHIBIT 7
            Plaintiff,              )
13 |                                 )
            v.                      )
14 |                                 )
     UNITED STATES BORDER PATROL,    )
15 | et al,                         )
                                     )
16 |        Defendants.             )
                                     )
17 |  _____)

18 |                           EXHIBIT 7

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

16

## DECLARATION OF STEPHEN M. STYPINSKI

1. I, Stephen M. Stypinski, am a Border Patrol Agent currently assigned to the Indio, California Border Patrol Station.

2. I have not received a summons or complaint in any lawsuit by Guadalupe Felix naming me as a defendant.

3. On or after May 8, 2008, I was informed by agency counsel in an email message that I was named in a lawsuit filed by Guadalupe Felix, but I am not aware of the claims against me in this lawsuit.

4. Prior to May 8, 2008, I was not aware from any source that Guadalupe Felix had filed a law suit against me.

5. On or about June 3, 2008, I was informed that papers relating to a lawsuit naming me had been delivered to the Indio Border Patrol Station but I have not seen those papers.

6. I am not aware of any attempt to serve me personally with a summons and complaint. I have not been served with a copy of the summons and complaint by mail at the Indio Border Patrol Station.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct as executed in Indio, California, on this _18_ day of June 2008.

Stephen M. Stypinski

17

1 | KAREN P. HEWITT
United States Attorney
2 | RICHARD TOLLES
Assistant U.S. Attorney
3 | California Bar No. 078948
Office of the U.S. Attorney
4 | Federal Office Building
880 Front Street, Room 6293
5 | San Diego, California 92101-8893
Telephone: (619) 557-7479
6 |
Attorneys for Defendant
7 | United States of America

8

9              UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11 | GUADALUPE FELIX,              )    Case No. 07cv2058 LAB (LSP)
                                   )
12 |                              )    EXHIBIT 8
         Plaintiff,               )                    ,
13 |                              )
         v.                       )
14 |                              )
    UNITED STATES BORDER PATROL,   )
15 | et al,                       )
                                   )
16 |     Defendants.              )
    _____)
17

18                           EXHIBIT 8

19

20

21

22

23

24

25

26

27

28

18

## DECLARATION OF JOHN A. JAUREQUI

1. I, John A. Jaurequi, am a Border Patrol Agent currently assigned to the Indio, California Border Patrol Station.

2. I have not received a summons or complaint in any lawsuit by Guadalupe Felix naming me as a defendant.

3. On or after May 8, 2008, I was informed by agency counsel in an email message that I was named in a lawsuit filed by Guadalupe Felix, but I am not aware of the claims against me in this lawsuit.

4. Prior to May 8, 2008, I was not aware from any source that Guadalupe Felix had filed a law suit against me.

5. On or about June 3, 2008, I was informed that papers relating to a lawsuit naming me had been delivered to the Indio Border Patrol Station but I have not seen those papers.

6. I am not aware of any attempt to serve me personally with a summons and complaint. I have not been served with a copy of the summons and complaint by mail at the Indio Border Patrol Station.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct as executed in Indio, California, on this  18  day of June 2008.

_____
John A. Juarequi

19

1 │ KAREN P. HEWITT
   │ United States Attorney
2 │ RICHARD TOLLES
   │ Assistant U.S. Attorney
3 │ California Bar No. 078948
   │ Office of the U.S. Attorney
4 │ Federal Office Building
   │ 880 Front Street, Room 6293
5 │ San Diego, California 92101-8893
   │ Telephone: (619) 557-7479
6 │
   │ Attorneys for Defendant
7 │ United States of America

8

9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11 │ GUADALUPE FELIX,                )    Case No. 07cv2058 LAB (LSP)
                                     )
12 │                                 )    EXHIBIT 9
   │        Plaintiff,               )
13 │                                 )
   │        v.                       )
14 │                                 )
   │ UNITED STATES BORDER PATROL,    )
15 │ et al,                          )
                                     )
16 │        Defendants.              )
   │ _____)

17

18                            EXHIBIT 9

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF JOSE J. ORTIZ

1. I, Jose J. Ortiz, am a Border Patrol Agent currently assigned to the Indio, California Border Patrol Station.

2. I have not received a summons or complaint in any lawsuit by Guadalupe Felix naming me as a defendant.

3. On or after May 8, 2008, I was informed by agency counsel in an email message that I was named in a lawsuit filed by Guadalupe Felix, but I am not aware of the claims against me in this lawsuit.

4. Prior to May 8, 2008, I was not aware from any source that Guadalupe Felix had filed a law suit against me.

5. On or about June 3, 2008, I was informed that papers relating to a lawsuit naming me had been delivered to the Indio Border Patrol Station but I have not seen those papers.

6. I am not aware of any attempt to serve me personally with a summons and complaint. I have not been served with a copy of the summons and complaint by mail at the Indio Border Patrol Station.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct as executed in Indio, California, on this ⎽⎽13⎽⎽ day of June 2008.

Jose J. Ortiz

KAREN P. HEWITT
United States Attorney
RICHARD TOLLES
Assistant U.S. Attorney
California Bar No. 078948
Office of the U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7479

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| GUADALUPE FELIX, | ) | Case No. 07cv2058 LAB (LSP) |
|---|---|---|
| | ) | |
| | ) | EXHIBIT 10 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES BORDER PATROL, | ) | |
| et al, | ) | |
| | ) | |
| Defendants. | ) | |

EXHIBIT 10

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Guadalupe Felix

vs

United States Border Patrol;
Department of Homeland Security ;
United States Border Patrol Agent
Michael Allen; United States Border
Patrol Agent Stephen Stypinski;
United States Border Patrol Agent
John Jarequi; ▇▇▇▇▇▇▇▇▇▇▇▇
Patrol Agent Jose Ortiz and Does
1—10

**SUMMONS IN A CIVIL ACTION**
Case No. 07 CV 2058- LAB(LSP )

TO: (Name and Address of Defendant)
United States Attorney's office, FOR United States borderPat.
101 West Broadway, Suite 1500
San Diego  CA  92101

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Ralph R. Rios
36 W. Colorado Blvd, Suite 301
Pasadena, CA 91105

An answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                10/29/07
CLERK                                  DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14447\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me | DATE | 4-28-08 |
| NAME OF SERVER Joe West | TITLE | Process Server |

Check one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served:
880 Front Street # 6293
San Diego CA 92101

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: Mary Wiggins
Deputy District Attorney

Return unexecuted:

Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | | SERVICES | TOTAL $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:

Date 5-12-08    Signature of Server 1010 second Ave # 120R
Address of Server San Diego CA 92101

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\1-344311 May 6, 1999 [11:34am]

1  KAREN P. HEWITT
   United States Attorney
2  RICHARD TOLLES
   Assistant U.S. Attorney
3  California Bar No. 078948
   Office of the U.S. Attorney
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-7479
6
   Attorneys for Defendant
7  United States of America

8

9                  UNITED STATES DISTRICT COURT

10                 SOUTHERN DISTRICT OF CALIFORNIA

11  GUADALUPE FELIX,              )    Case No. 07cv2058 LAB (LSP)
                                  )
12                                )    EXHIBIT 11
          Plaintiff,             )
13                                )
          v.                      )
14                                )
   UNITED STATES BORDER PATROL,  )
15  et al,                        )
                                  )
16        Defendants.            )
                                  )
17  _____)

18                         EXHIBIT 11

19

20

21

22

23

24

25

26

27

28

25

Summons In a Civil Action (Rev 11/07)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Guadalupe Felix

**vs**

United States Border Patrol;
Department of Homeland Security ;
United States Border Patrol Agent
Michael Allen; United States Border
Patrol Agent Stephen Stypinski;
United States Border Patrol Agent
John Jarequi; ▓▓▓▓▓▓▓▓▓▓▓
Patrol Agent Jose Ortiz and Does
1—10

**SUMMONS IN A CIVIL ACTION**

Case No. 07CV 2058- LAB(LSP)

TO: (Name and Address of Defendant)

DEPARTMENT OF HOMELAND SECURITY
425 MURREY LANE
BUILDING 410
WASHINGTON D.C. 20528

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Ralph R. Rios
36 W. Colorado Blvd. Suite 301
Pasadena, CA 91105

An answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10/29/07 |
|---|---|
| CLERK | DATE |
| By _____ , Deputy Clerk | |

Summons In a Civil Action

Page 1 of 2

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE   5·13· 2008 |
|---|---|
| NAME OF SERVER   MIRIAM ESPINOSA | TITLE   PARALEGAL, ASSIST. |

Check one box below to indicate appropriate method of service

☐ **by certified mail** Served personally upon the defendant. Place where served:

425 MURREY LANE   BUILDING 410   WASHINGTON DC . 20528

☐ . Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ . Return unexecuted:

☐ Other (specify):
CERTIFIED MAIL RECEIPT  7006 3450  0000 5312 7698

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:   5|13|08
            Date

Signature of Server
3b  W.  Colorado  Blvd .

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\1444)\1 May 5, 1999 (11:34am)

1 | KAREN P. HEWITT
United States Attorney
2 | RICHARD TOLLES
Assistant U.S. Attorney
3 | California Bar No. 078948
Office of the U.S. Attorney
4 | Federal Office Building
880 Front Street, Room 6293
5 | San Diego, California 92101-8893
Telephone: (619) 557-7479
6 |
Attorneys for Defendant
7 | United States of America

8

9               UNITED STATES DISTRICT COURT

10           SOUTHERN DISTRICT OF CALIFORNIA

11 | GUADALUPE FELIX,        )     Case No. 07cv2058 LAB (LSP)
                       )
12                     )     EXHIBIT 12
       Plaintiff,        )
13                     )
       v.                )
14                     )
UNITED STATES BORDER PATROL, )
15 | et al,                )
                    )
16        Defendants.      )
                    )
17 | _____ )

18                   EXHIBIT 12

19

20

21

22

23

24

25

26

27

28

1    KAREN P. HEWITT
     United States Attorney
2    A. RICHARD TOLLES
     Assistant U.S. Attorney
3    State of California Bar No. 78948
     Office of the U.S. Attorney
4    880 Front Street, Room 6293
     San Diego, CA 92101-8893
5    Telephone: (619) 557-7479

6    Attorneys for Defendants

7

8                   UNITED STATES DISTRICT COURT

                 SOUTHERN DISTRICT OF CALIFORNIA
9

10    GUADALUPE FELIX,                  )    Case No. 07cv2058LAB (LSP)
                           )
11             Plaintiff,           )
                           )    **DECLARATION OF MARY WIGGINS**
12              v.                )
                           )
13                            )
   UNITED STATES BORDER PATROL;)
14    DEPARTMENT OF HOMELAND SECURITY;)
   UNITED STATES BORDER PATROL AGENT)
15    MICHAEL ALLEN; BORDER PATROL)
   AGENT STEPHEN STIPINSKI; UNITED)
16    STATES BORDER PATROL AGENT JOHN)
   JAREQUI; BORDER PATROL AGENT JOSE)
17    ORTIZ AND DOES 1-10;            )
                           )
18              Defendants.       )
                           )
19

20

21        I, Mary C. Wiggins, hereby state and declare:

22        1.      I am employed as the Civil Process clerk for the Civil Division of the Office

23    of the United States Attorney for the Southern District of California. I have been so

24    employed since March, 1990. I am the only civil docket clerk for this Office.

25        2.      As the civil docket clerk, I am authorized to accept service of process on

26    behalf of the United States Attorney for matters within the cognizance of the Civil Division.

27        3.      All summonses and complaints which are personally served on the Civil

28    Division of this Office, or are received by mail, or otherwise left with this Office, come

1 | directly to me for docketing. All incoming mail for the Civil Division is routed to me for
2 | necessary receipt processing, docketing (if necessary) and distribution.

3 |     4.    On June 10, 2008, I made a thorough, careful and diligent search of the
4 | records, suits, complaints, and documents under my care, custody, and control. My
5 | diligent search, as just described, indicates that the United States Attorney's Office for the
6 | Southern District of California, San Diego, California, was served with a summons and
7 | complaint in the above-entitled matter on April 28, 2008 by personal service.

8 |     5.    Also, on June 6, 2008, I contacted the United States Attorney General's
9 | Office in Washington, D.C., by telephone and I was informed by the responsible clerk
10 | there that the United States Attorney General was served with a summons and complaint
11 | in the above entitled matter on May 19, 2008.

12 |     I declare under penalty of perjury that the foregoing is true and correct, and, if
13 | called to testify, would be able to do so as to the information set forth above.

14 |     Executed this 12th day of June, 2008, at San Diego, California.

15

16 |                      Mary C Wiggins

17 |                      MARY C. WIGGINS

18

19

20

21

22

23

24

25

26

27

28 |                      2

1  KAREN P. HEWITT
   United States Attorney
2  RICHARD TOLLES
   Assistant U.S. Attorney
3  California Bar No. 078948
   Office of the U.S. Attorney
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-7479
6
   Attorneys for Defendant
7  United States of America

8

9              UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11  GUADALUPE FELIX,              )    Case No. 07cv2058 LAB (LSP)
                                  )
12                               )    EXHIBIT 13
          Plaintiff,             )
13                               )
          v.                     )
14                               )
    UNITED STATES BORDER PATROL, )
15  et al,                       )
                                  )
16        Defendants.            )
                                  )
17  _____)

18                        EXHIBIT 13

19

20

21

22

23

24

25

26

27

28

51

## DECLARATION OF GARY ORTEGA

I, Gary Ortega, declare as follows:

1.  I am a Border Patrol Agent with U.S. Customs and Border Protection, Office of Border Patrol, and am currently assigned to the Border Patrol Station in Indio, California. Unless stated as based on information and belief, I have personal knowledge of the facts set forth herein.

2.  On or about June 2, 2008, I was assigned to work the reception area of the Indio Border Patrol Station. A man driving a black Mercedes-Benz arrived at the station and gave me four copies of a document and told me to deliver them to Ramiro Mendez, who is a Supervisory Border Patrol Agent in the Indio Border Patrol Station.

3.  The top copy of the document had a yellow post-it note attached to it, on which was written Ramiro Mendez.

4.  I immediately took the four documents and placed them on SBPA Mendez's desk.

5.  I have not been authorized to receive or accept service of process on behalf of any Border Patrol Agent in this station who is sued in his individual capacity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct as executed in Indio, California, on this __C__ day of June 2008.

_____
Gary Ortega

1 │ KAREN P. HEWITT
   │ United States Attorney
2 │ RICHARD TOLLES
   │ Assistant U.S. Attorney
3 │ California Bar No. 078948
   │ Office of the U.S. Attorney
4 │ Federal Office Building
   │ 880 Front Street, Room 6293
5 │ San Diego, California 92101-8893
   │ Telephone: (619) 557-7479
6 │
   │ Attorneys for Defendant
7 │ United States of America

8

9 │                UNITED STATES DISTRICT COURT

10 │              SOUTHERN DISTRICT OF CALIFORNIA

11 │ GUADALUPE FELIX,              )     Case No. 07cv2058 LAB (LSP)
                                   )
12 │                              )     EXHIBIT 14
   │       Plaintiff,             )
13 │                              )
   │       v.                     )
14 │                              )
   │ UNITED STATES BORDER PATROL, )
15 │ et al,                       )
                                   )
16 │       Defendants.            )
   │ _____)
17

18 │                        EXHIBIT 14

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF WILLIAM BRETT

I, William Brett, declare as follows:

1. I am a Field Operations Supervisor with U.S. Customs and Border Protection, Office of Border Patrol, and am currently assigned to the Border Patrol Station in Indio, California. Unless stated as based on information and belief, I have personal knowledge of the facts set forth herein.

2. On or about June 3, 2008, Supervisory Border Patrol Agent (SBPA) Ramiro Mendez brought me four copies of a summons and complaint and told me he found the four copies on his desk after he returned from a few days of leave.

3. Based on information and belief, the top copy of the summons originally had attached to it a post-it note with Ramiro Mendez's name on it. I understand that this post-it note was tossed into the trash by SBPA Mendez. When I received the copies of the summons and complaint from SBPA Ramirez the post-it note was not attached.

4. 3̶. The complaints that SBPA Mendez gave to me were captioned <u>Guadalupe Felix v. United States Border Patrol; Department of Homeland Security; United States Border Patrol Agent Michael Allen; Border Patrol Agent Stephen Stipinski; United States Border Patrol Agent John Jarequi; Border Patrol Agent Jose Ortiz and Does 1-10</u>. A copy of the summons is attached to this declaration.

5. 4̶. No agent in this station, including myself, is authorized to receive or accept service of process on behalf of any Border Patrol Agent in this station who is sued in his individual capacity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct as executed in Indio, California, on this _6_ day of June 2008.

_William Brett_
William Brett

34

MHY-27-2008(TUE) 18:01

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Guadalupe Felix

**vs**

United States Border Patrol;
Department of Homeland Security ;
United States Border Patrol Agent
Michael Allen; United States Border
Patrol Agent Stephen Stypinski;
United States Border Patrol Agent
John Jarequt; ~~████████████~~
Patrol Agent Jose Ortiz and Does
1—D

**SUMMONS IN A CIVIL ACTION**

Case No.  07CV 2058- LAB(LSP)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Ralph R. Rios
36 W. Colorado Blvd. Suite 301
Pasadena, CA 91105

An answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

**CLERK**

10/29/07

**DATE**

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

35