|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |

| | | |
|---|---|---|
| GUADALUPE FELIX, | ) | Case No. 07cv2058 LAB (LSP) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| | ) | BY ELECTRONIC FILING |
| UNITED STATES BORDER PATROL, ET AL, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Richard Tolles, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; and

On **June 25, 2008**, I caused to be served by electronic mail, in the above-entitled action: NOTICE OF MOTION TO DISMISS, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS Addressed to:

rmr@rrioslaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 25, 2008.

                                                s/Richard Tolles
                                                _____
                                                E-mail:Richard.Tolles@usdoj.gov