Exhibit A

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Guadalupe Felix

vs

United States Border Patrol;
Department of Homeland Security ;
United States Border Patrol Agent
Michael Allen; United States Border
Patrol Agent Stephen Stypinski;
United States Border Patrol Agent
John Jaraqui; ~~Border~~
Patrol Agent Jose Ortiz and Does
1—15

**SUMMONS IN A CIVIL ACTION**

Case No. 07CV 2058- LAB(LSP)

TO: (Name and Address of Defendant)

United States Attorney's office, FOR United States BorderPat.
101 West Broadway, Suite 1500
San Diego  CA  92101

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Ralph R. Rios
36 W. Colorado Blvd, Suite 301
Pasadena, CA 91105

An answer to the complaint which is herewith served upon you, within _____ 20 _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

10/29/07

DATE

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 [11:34am]

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 4-28-08 |
|---|---|
| NAME OF SERVER Joe West | TITLE Process Server |

Check one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served:
880 Front Street # G293
San Diego CA 92101

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: Mary Wiggins Deputy District Attorney

Return unexecuted:

Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL 50.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:

Date 5-12-08

Signature of Server

1010 second Ave # 120R

Address of Server San Diego CA 92101

NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\13443\1 May 6, 1999 (11:34am)

1  KAREN P. HEWITT
   United States Attorney
2  RICHARD TOLLES
   Assistant U.S. Attorney
3  California Bar No. 078948
   Office of the U.S. Attorney
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-7479
6
   Attorneys for Defendant
7  United States of America

8

9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11  GUADALUPE FELIX,              )    Case No. 07cv2058 LAB (LSP)
                                  )
12                                )    EXHIBIT 12
         Plaintiff,               )
13                                )
         v.                       )
14                                )
    UNITED STATES BORDER PATROL,  )
15  et al,                        )
                                  )
16       Defendants.              )
                                  )
17  ─────────────────────────────

18                           EXHIBIT 12

19

20

21

22

23

24

25

26

27

28

1 | KAREN P. HEWITT
United States Attorney
2 | A. RICHARD TOLLES
Assistant U.S. Attorney
3 | State of California Bar No. 78948
Office of the U.S. Attorney
4 | 880 Front Street, Room 6293
San Diego, CA 92101-8893
5 | Telephone: (619) 557-7479

6 | Attorneys for Defendants

7

UNITED STATES DISTRICT COURT

8

SOUTHERN DISTRICT OF CALIFORNIA

9

10 | GUADALUPE FELIX,                         ) Case No. 07cv2058LAB (LSP)
                                           )
11 |                Plaintiff,              )
                                           ) **DECLARATION OF MARY WIGGINS**
12 |         v.                             )
                                           )
13 |                                        )
UNITED   STATES   BORDER   PATROL;)
14 | DEPARTMENT OF HOMELAND SECURITY;)
UNITED STATES BORDER PATROL AGENT)
15 | MICHAEL   ALLEN;   BORDER   PATROL)
AGENT   STEPHEN   STIPINSKI;   UNITED)
16 | STATES BORDER PATROL AGENT JOHN)
JAREQUI; BORDER PATROL AGENT JOSE)
17 | ORTIZ AND DOES 1-10;                   )
                                           )
18 |                Defendants.             )
                                           )
19 |  _____

20

21 |        I, Mary C. Wiggins, hereby state and declare:

22 |        1.      I am employed as the Civil Process clerk for the Civil Division of the Office

23 | of the United States Attorney for the Southern District of California. I have been so

24 | employed since March, 1990. I am the only civil docket clerk for this Office.

25 |        2.      As the civil docket clerk, I am authorized to accept service of process on

26 | behalf of the United States Attorney for matters within the cognizance of the Civil Division.

27 |        3.      All summonses and complaints which are personally served on the Civil

28 | Division of this Office, or are received by mail, or otherwise left with this Office, come

1  directly to me for docketing. All incoming mail for the Civil Division is routed to me for

2  necessary receipt processing, docketing (if necessary) and distribution.

3      4.    On June 10, 2008, I made a thorough, careful and diligent search of the

4  records, suits, complaints, and documents under my care, custody, and control. My

5  diligent search, as just described, indicates that the United States Attorney's Office for the

6  Southern District of California, San Diego, California, was served with a summons and

7  complaint in the above-entitled matter on April 28, 2008 by personal service.

8      5.    Also, on June 6, 2008, I contacted the United States Attorney General's

9  Office in Washington, D.C., by telephone and I was informed by the responsible clerk

10  there that the United States Attorney General was served with a summons and complaint

11  in the above entitled matter on May 19, 2008.

12      I declare under penalty of perjury that the foregoing is true and correct, and, if

13  called to testify, would be able to do so as to the information set forth above.

14      Executed this _12th_ day of June, 2008, at San Diego, California.

15

16

17                                        MARY C. WIGGINS

18

19

20

21

22

23

24

25

26

27

28                                2

# Exhibit B

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Guadalupe Felix

vs

United States Border Patrol;
Department of Homeland Security ;
United States Border Patrol Agent
Michael Allen; United States Border
Patrol Agent Stephen Stypinski;
United States Border Patrol Agent
John Jarequi; ▮▮▮▮▮▮▮▮▮▮▮▮
Patrol Agent José Ortiz and Does
1—10

**SUMMONS IN A CIVIL ACTION**

Case No.  07 CV 2058- LAB(LSP )

TO: (Name and Address of Defendant)

DEPARTMENT OF HOMELAND SECURITY
425 MURREY LANE
BUILDING 410
WASHINGTON D.C. 20528

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Ralph R. Rios
36 W. Colorado Blvd. Suite 301
Pasadena, CA 91105

An answer to the complaint which is herewith served upon you, within _____20_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

10/29/07

DATE

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  5·13· 2008 |
| NAME OF SERVER   MIRIAM  ESPINOSA | TITLE  PARALEGAL, ASSIST. |

Check one box below to indicate appropriate method of service

**by certified mail**

- Served personally upon the defendant. Place where served: _____

425 MURREY LANE  BUILDING 410  WASHINGTON DC. 20528

- Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

- Return unexecuted: _____

- Other (specify):

CERTIFIED MAIL  RECEIPT  7006 3450  0000 5312 7698

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | | SERVICES | TOTAL $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:   **5|13|08**
Date

Signature of Server

36 W. Colorado Blvd.

Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Guadalupe Felix

**vs**

United States Border Patrol;
Department of Homeland Security ;
United States Border Patrol Agent
Michael Allen; United States Border
Patrol Agent Stephen Stypinski;
United States Border Patrol Agent
John Jarequi; ▮▮▮▮▮▮▮▮▮▮▮▮
Patrol Agent José Ortiz and Does
1—10

**SUMMONS IN A CIVIL ACTION**
Case No.  07CV 2058· LAB(LSP )

TO: (Name and Address of Defendant)

ATTORNEY GENERAL MICHAEL B. MUKASEY, FOR DEPARTMENT OF Homeland SECURITY
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania AVE. NW
WASHINGTON DC 20530-0001

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Ralph R. Rios
36 W. Colorado Blvd. Suite 301
Pasadena, CA 91105

An answer to the complaint which is herewith served upon you, within ___20___ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

By _____, Deputy Clerk

10/29/07

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me | DATE    5·13·2008 | |
| NAME OF SERVER  Miriam Espinosa | TITLE    Paralegal, Assistant | |

Check one box below to indicate appropriate method of service

by certified mail
☐ Served ~~personally~~ upon the defendant. Place where served:    U.S. Attorney General
950 Pennsylvania Ave  NW    Washington D.C. 20530-0001

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left:

Michael B. Mukasey.

☐ Return unexecuted:

☐ Other (specify):

Certified mail # 7006 3450 0000 5312 7704

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | | SERVICES | TOTAL $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:    5/13/08
Date

Signature of Server
56 W. Colorado Blvd. #301
Address of Server  Pasadena  CA - 91105

## NOTICE OF RIGHT ~~TO CONSENT TO~~ TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 6, 1999 (11:34am)

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATTORNEY GENERAL
MICHAEL B. MUKASEY
U.S. DEPARTMENT of JUSTICE
950 Pennsylvania Ave NW
WASHINGTON D.C. 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                     ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery
MAY 1 9 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)          ☐ Yes

2. Article Number
   (Transfer from service label)        7006 3450 0000 5312 7704

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

1  KAREN P. HEWITT
   United States Attorney
2  RICHARD TOLLES
   Assistant U.S. Attorney
3  California Bar No. 078948
   Office of the U.S. Attorney
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-7479
6
   Attorneys for Defendant
7  United States of America

8

9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11  GUADALUPE FELIX,                )    Case No. 07cv2058 LAB (LSP)
                                    )
12                                  )    EXHIBIT 10
            Plaintiff,             )
13                                  )
            v.                     )
14                                  )
    UNITED STATES BORDER PATROL,    )
15  et al,                         )
                                    )
16          Defendants.            )
                                    )
17  ──────────────────────────────)

18                          EXHIBIT 10

19

20

21

22

23

24

25

26

27

28

22

APR-24-2008(THU) 15:53                                                         P. 004/033

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Guadalupe Felix

vs

United States Border Patrol;
Department of Homeland Security ;
United States Border Patrol Agent
Michael Allen; United States Border
Patrol Agent Stephen Stypinski;
United States Border Patrol Agent
John Jaraqui; ~~███████████~~
Patrol Agent Jose Ortiz and Does
1—10

**SUMMONS IN A CIVIL ACTION**

Case No. 07 CV 2058- LAB(LSP)

TO: (Name and Address of Defendant)
United States Attorney's office, FOR United States Border Pat.
101 West Broadway, Suite 1500
San Diego  CA  92101

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Ralph R. Rios
36 W. Colorado Blvd. Suite 301
Pasadena, CA 91105

    An answer to the complaint which is herewith served upon you, within _____20_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Zimmick, Jr.                    10/29/07
CLERK                                     DATE

By                    Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14447\1 May 5, 1999 (11:34am)

05/12/2008  12:57    6192350500                                           P. 005/033
APR-24-2008(THU) 15:53

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  4-28-08 |
| NAME OF SERVER  Joe West | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:
880 Front Street #6293
San Diego CA 92101

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: Mary Wiggins
Deputy District Attorney

☐ Return unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:

| Date | Signature of Server |
|---|---|
| 5-12-08 | 1010 second Ave #120R |
| | Address of Server  San Diego CA 92101 |

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

=ODMA\PCDOCS\WORDPERFECT\13443\1 May 6, 1999 (11:34am)

1  KAREN P. HEWITT
   United States Attorney
2  RICHARD TOLLES
   Assistant U.S. Attorney
3  California Bar No. 078948
   Office of the U.S. Attorney
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-7479
6
   Attorneys for Defendant
7  United States of America

8

9                 UNITED STATES DISTRICT COURT

10               SOUTHERN DISTRICT OF CALIFORNIA

11  GUADALUPE FELIX,              )    Case No. 07cv2058 LAB (LSP)
                                  )
12                                )    EXHIBIT 11
           Plaintiff,             )
13                                )
           v.                     )
14                                )
    UNITED STATES BORDER PATROL,  )
15  et al,                        )
                                  )
16        Defendants.             )
                                  )
17  _____

18                      EXHIBIT 11

19

20

21

22

23

24

25

26

27

28

Summons in a Civil Action (Rev 11/07)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Guadalupe Felix

vs

United States Border Patrol;
Department of Homeland Security ;
United States Border Patrol Agent
Michael Allen; United States Border
Patrol Agent Stephen Stypinski;
United States Border Patrol Agent
John Jaroqui; ~~████████████~~
Patrol Agent José Ortiz and Does
1—10

**SUMMONS IN A CIVIL ACTION**

Case No. 07 CV 2058- LAB(LSP)

TO: (Name and Address of Defendant)

DEPARTMENT OF HOMELAND SECURITY
425 MURREY LANE
BUILDING 410
WASHINGTON D.C. 20528

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Ralph R. Rios
36 W. Colorado Blvd. Suite 301
Pasadena, CA 91105

An answer to the complaint which is herewith served upon you, within _____20_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

By _____ Deputy Clerk

10/29/07

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me | DATE | 5·13·2008 |
| NAME OF SERVER  MIRIAM  ESPINOSA | TITLE  PARALEGAL, ASSIST. | |

Check one box below to indicate appropriate method of service

```
          by certified mail
☐ Served personally upon the defendant. Place where served: _____

     425 MURREY LANE  BUILDING 410  WASHINGTON DC. 20528
☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and
  discretion then residing therein:

     Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:



☐ Other (specify):
     CERTIFIED MAIL  RECEIPT  7006 3450  0000 5312 7698
```

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 5|13|08
Date

Signature of Server
36 W. Colorado Blvd.
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see: Rule 4 of the Federal Rules of Civil Procedure

=ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

27

Exhibit C

## DECLARATION OF MIRIAM ESPINOSA

I, Miriam Espinosa, hereby declare as follows :

1. I am employed as a legal assistant with the Law Offices of Rios & Associates , counsel of record for the plaintiff herein. I have been so employed since January 6, 2005.

2. On May 27, 2008 I personally called the United States Border Patrol, Indio Station, at (760)347-3658 and spoke with Supervisor Border Patrol Agent Ramiro Mendez. I informed him that a complaint had been filed in federal court which named Border Patrol Agents Michael Allen, Stephen Stipinski, John Jarequi and Jose Ortiz as defendants. I asked him if he would accept service on their behalf. Mr. Mendez chuckled and said, "Yea, I know them. They are usually out on the field,  but I'll make sure they get the summons and complaint." He told me that he would accept service on their behalf and told me to have the summons and complaint delivered to 45626 Commerce Street,  Indio, California, 92201 between the office hours of eight a.m. to four p.m.

3. On May 27, 2008 I faxed the necessary copies of the summons and complaint in this matter to Proserve  Process Service with instructions to serve the four border patrol agents named therein - Michael Allen, Stephen Stipinski, John Jarequi and Jose Ortiz.  A confirming letter with instructions  that Supervisor Border Patrol Agent Ramiro Mendez would accept service on their behalf,  per my

///

1 | conversation with him, was also faxed to Proserve.

2 |     I declare under penalty of perjury that the foregoing is true and correct.

3 | Executed on August 13, 2008, in Pasadena California.

                         Miriam Espinosa

Exhibit D

```
Transaction Report

Send
Transaction(s) completed
No. TX Date/Time   Destination                  Duration P.#   Result   Mode
537 MAY-27   18:00 760 342 1835                 0'08'47" 031   OK       N  ECM
```

# RIOS & ASSOCIATES

## *Trial Lawyers for Justice*

## A Professional Law Corporation

### FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| **Proserve** | **Miriam Espinosa** |

| COMPANY: | DATE: |
|---|---|
| Proserve | 05/27/08 |

| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
|---|---|
| 760-342-1835 | 33 |

| PHONE NUMBER: | SENDER=S REFERENCE NUMBER: |
|---|---|
| | |

| RE: | REFERENCE NUMBER: |
|---|---|
| Felix v. United States Border | |

___ URGENT   **X** FOR REVIEW   ___ PLEASE COMMENT   ___ PLEASE REPLY   ___ ORIGINAL WILL BE MAILED.

Good Afternoon:

This will confirm our conversation about service to Four Border Patrol Agents.

The address where documents need to be served are

45620 Commerce Street
Indio CA 92201

I spoke with Supervisor Border Patrol Agent Ramiro Mendez he said they will accept
service for all officers   Office hours are   8-4 p.m.

Phone number 760-347-3658

Fee for service is 45.00 for first service 10 $ for additional service.


Thank you

# RIOS & ASSOCIATES

## *Trial Lawyers for Justice*

## A Professional Law Corporation

**FACSIMILE TRANSMITTAL SHEET**

| TO: | FROM: |
|---|---|
| ## Proserve | # Miriam Espinosa |

| COMPANY: | DATE: |
|---|---|
| Proserve | 05/27/08 |

| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
|---|---|
| 760-342-1835 | 33 |

| PHONE NUMBER: | SENDER=S REFERENCE NUMBER: |
|---|---|

| RE: | REFERENCE NUMBER: |
|---|---|
| **Felix v. United States Border** | |

___ URGENT  __X__ FOR REVIEW ___ PLEASE COMMENT ___ PLEASE REPLY ___ ORIGINAL WILL BE MAILED.

Good Afternoon:

This will confirm our conversation about service to Four Border Patrol Agents.

The address where documents need to be served are

45620 Commerce Street
Indio CA 92201

I spoke with Supervisor Border Patrol Agent Ramiro Mendez he said they will accept service for all officers   Office hours are   8-4 p.m.

Phone number 760-347-3658

Thank you

Miriam Espinosa
mespinosa@rrioslaw.com

**36 W. Colorado Blvd. Suite 301  Pasadena, CA  91105**
**Tel: (626) 583-1100    Fax: (626) 583-1475**
**www.rrioslaw.com**

1

Exhibit E

1  KAREN P. HEWITT
   United States Attorney
2  RICHARD TOLLES
   Assistant U.S. Attorney
3  California Bar No. 078948
   Office of the U.S. Attorney
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-7479
6
   Attorneys for Defendant
7  United States of America

8

9                 UNITED STATES DISTRICT COURT

10              SOUTHERN DISTRICT OF CALIFORNIA

11  GUADALUPE FELIX,              )   Case No. 07cv2058 LAB (LSP)
                                  )
12                               )    EXHIBIT 13
         Plaintiff,              )
13                               )
         v.                      )
14                               )
    UNITED STATES BORDER PATROL, )
15  et al,                       )
                                  )
16       Defendants.             )
    _____)

17

18                          EXHIBIT 13

19

20

21

22

23

24

25

26

27

28

_51_

DECLARATION OF GARY ORTEGA

I, Gary Ortega, declare as follows:

1.  I am a Border Patrol Agent with U.S. Customs and Border Protection, Office of Border Patrol, and am currently assigned to the Border Patrol Station in Indio, California. Unless stated as based on information and belief, I have personal knowledge of the facts set forth herein.

2.  On or about June 2, 2008, I was assigned to work the reception area of the Indio Border Patrol Station. A man driving a black Mercedes-Benz arrived at the station and gave me four copies of a document and told me to deliver them to Ramiro Mendez, who is a Supervisory Border Patrol Agent in the Indio Border Patrol Station.

3.  The top copy of the document had a yellow post-it note attached to it, on which was written Ramiro Mendez.

4.  I immediately took the four documents and placed them on SBPA Mendez's desk.

5.  I have not been authorized to receive or accept service of process on behalf of any Border Patrol Agent in this station who is sued in his individual capacity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct as executed in Indio, California, on this _6_ day of June 2008.

_____
Gary Ortega

# Exhibit F

1  KAREN P. HEWITT
   United States Attorney
2  RICHARD TOLLES
   Assistant U.S. Attorney
3  California Bar No. 078948
   Office of the U.S. Attorney
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-7479
6
   Attorneys for Defendant
7  United States of America

8

9                  UNITED STATES DISTRICT COURT

10               SOUTHERN DISTRICT OF CALIFORNIA

11  GUADALUPE FELIX,              )    Case No. 07cv2058 LAB (LSP)
                                  )
12                                )    EXHIBIT 14
                                  )
13       Plaintiff,               )
                                  )
14       v.                       )
                                  )
15  UNITED STATES BORDER PATROL,  )
    et al,                        )
16                                )
         Defendants.              )
17  _____)

18                        EXHIBIT 14

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF WILLIAM BRETT

I, William Brett, declare as follows:

1. I am a Field Operations Supervisor with U.S. Customs and Border Protection, Office of Border Patrol, and am currently assigned to the Border Patrol Station in Indio, California. Unless stated as based on information and belief, I have personal knowledge of the facts set forth herein.

2. On or about June 3, 2008, Supervisory Border Patrol Agent (SBPA) Ramiro Mendez brought me four copies of a summons and complaint and told me he found the four copies on his desk after he returned from a few days of leave.

3. Based on information and belief, the top copy of the summons originally had attached to it a post-it note with Ramiro Mendez's name on it. I understand that this post-it note was tossed into the trash by SBPA Mendez. When I received the copies of the summons and complaint from SBPA Ramirez the post-it note was not attached.

4. ~~5.~~ The complaints that SBPA Mendez gave to me were captioned <u>Guadalupe Felix v. United States Border Patrol; Department of Homeland Security; United States Border Patrol Agent Michael Allen; Border Patrol Agent Stephen Stipinski; United States Border Patrol Agent John Jarequi; Border Patrol Agent Jose Ortiz and Does 1-10</u>. A copy of the summons is attached to this declaration.

5. ~~6.~~ No agent in this station, including myself, is authorized to receive or accept service of process on behalf of any Border Patrol Agent in this station who is sued in his individual capacity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct as executed in Indio, California, on this _6_ day of June 2008.

William Brett

34

Exhibit G

1  KAREN P. HEWITT
   United States Attorney
2  RICHARD TOLLES
   Assistant U.S. Attorney
3  California Bar No. 078948
   Office of the U.S. Attorney
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-7479
6
   Attorneys for Defendant
7  United States of America

8

9                  UNITED STATES DISTRICT COURT

10                SOUTHERN DISTRICT OF CALIFORNIA

11  GUADALUPE FELIX,                  )    Case No. 07cv2058 LAB (LSP)
                                      )
12                                    )    EXHIBIT 6
            Plaintiff,                )
13                                    )
          v.                          )
14                                    )
    UNITED STATES BORDER PATROL,      )
15  et al,                            )
                                      )
16         Defendants.                )
                                      )
17

18                              EXHIBIT 6

19

20

21

22

23

24

25

26

27

28

/4

DECLARATION OF MICHAEL G. ALLEN

1. I, Michael G. Allen, am a Border Patrol Agent currently assigned to the Indio, California Border Patrol Station.

2. I have not received a summons or complaint in any lawsuit by Guadalupe Felix naming me as a defendant.

3. On or after May 8, 2008, I was informed by agency counsel in an email message that I was named in a lawsuit filed by Guadelupe Felix, but I am not aware of the claims against me in this lawsuit.

4. Prior to May 8, 2008, I was not aware from any source that Guadalupe Felix had filed a law suit against me.

5. On or about June 3, 2008, I was informed that papers relating to a lawsuit naming me had been delivered to the Indio Border Patrol Station but I have not seen those papers.

6. I am not aware of any attempt to serve me personally with a summons and complaint. I have not been served with a copy of the summons and complaint by mail at the Indio Border Patrol Station.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct as executed in Indio, California, on this _19_ day of June 2008.

Michael G. Allen
Michael G. Allen

15

1  KAREN P. HEWITT
   United States Attorney
2  RICHARD TOLLES
   Assistant U.S. Attorney
3  California Bar No. 078948
   Office of the U.S. Attorney
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-7479
6
   Attorneys for Defendant
7  United States of America

8

9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11  GUADALUPE FELIX,              )    Case No. 07cv2058 LAB (LSP)
                                  )
12                                )    EXHIBIT 7
          Plaintiff,              )
13                                )
          v.                      )
14                                )
    UNITED STATES BORDER PATROL,  )
15  et al,                        )
                                  )
16        Defendants.             )
                                  )
17  _____)

18                          EXHIBIT 7

19

20

21

22

23

24

25

26

27

28

16

## DECLARATION OF STEPHEN M. STYPINSKI

1. I, Stephen M. Stypinski, am a Border Patrol Agent currently assigned to the Indio, California Border Patrol Station.

2. I have not received a summons or complaint in any lawsuit by Guadalupe Felix naming me as a defendant.

3. On or after May 8, 2008, I was informed by agency counsel in an email message that I was named in a lawsuit filed by Guadelupe Felix, but I am not aware of the claims against me in this lawsuit.

4. Prior to May 8, 2008, I was not aware from any source that Guadalupe Felix had filed a law suit against me.

5. On or about June 3, 2008, I was informed that papers relating to a lawsuit naming me had been delivered to the Indio Border Patrol Station but I have not seen those papers.

6. I am not aware of any attempt to serve me personally with a summons and complaint. I have not been served with a copy of the summons and complaint by mail at the Indio Border Patrol Station.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct as executed in Indio, California, on this _18_ day of June 2008.

Stephen M. Stypinski

/7

1   KAREN P. HEWITT
    United States Attorney
2   RICHARD TOLLES
    Assistant U.S. Attorney
3   California Bar No. 078948
    Office of the U.S. Attorney
4   Federal Office Building
    880 Front Street, Room 6293
5   San Diego, California 92101-8893
    Telephone: (619) 557-7479
6
    Attorneys for Defendant
7   United States of America

8

9                   UNITED STATES DISTRICT COURT

10                 SOUTHERN DISTRICT OF CALIFORNIA

11  GUADALUPE FELIX,              )    Case No. 07cv2058 LAB (LSP)
                                  )
12                               )    EXHIBIT 8
         Plaintiff,              )
13                               )
         v.                      )
14                               )
    UNITED STATES BORDER PATROL,  )
15  et al,                       )
                                  )
16       Defendants.             )
    _____)
17

18                           EXHIBIT 8

19

20

21

22

23

24

25

26

27

28

*18*

### DECLARATION OF JOHN A. JAUREQUI

1. I, John A. Jaurequi, am a Border Patrol Agent currently assigned to the Indio, California Border Patrol Station.

2. I have not received a summons or complaint in any lawsuit by Guadalupe Felix naming me as a defendant.

3. On or after May 8, 2008, I was informed by agency counsel in an email message that I was named in a lawsuit filed by Guadelupe Felix, but I am not aware of the claims against me in this lawsuit.

4. Prior to May 8, 2008, I was not aware from any source that Guadalupe Felix had filed a law suit against me.

5. On or about June 3, 2008, I was informed that papers relating to a lawsuit naming me had been delivered to the Indio Border Patrol Station but I have not seen those papers.

6. I am not aware of any attempt to serve me personally with a summons and complaint. I have not been served with a copy of the summons and complaint by mail at the Indio Border Patrol Station.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct as executed in Indio, California, on this _18_ day of June 2008.

John A. Juarequi

19

1  KAREN P. HEWITT
   United States Attorney
2  RICHARD TOLLES
   Assistant U.S. Attorney
3  California Bar No. 078948
   Office of the U.S. Attorney
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-7479
6
   Attorneys for Defendant
7  United States of America

8

9              UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11  GUADALUPE FELIX,          )    Case No. 07cv2058 LAB (LSP)
                              )
12                            )    EXHIBIT 9
         Plaintiff,           )
13                            )
         v.                   )
14                            )
    UNITED STATES BORDER PATROL, )
15  et al,                    )
                              )
16       Defendants.          )
                              )
17  ─────────────────────────

18                    EXHIBIT 9

19

20

21

22

23

24

25

26

27

28

20

## DECLARATION OF JOSE J. ORTIZ

1. I, Jose J. Ortiz, am a Border Patrol Agent currently assigned to the Indio, California Border Patrol Station.

2. I have not received a summons or complaint in any lawsuit by Guadalupe Felix naming me as a defendant.

3. On or after May 8, 2008, I was informed by agency counsel in an email message that I was named in a lawsuit filed by Guadelupe Felix, but I am not aware of the claims against me in this lawsuit.

4. Prior to May 8, 2008, I was not aware from any source that Guadalupe Felix had filed a law suit against me.

5. On or about June 3, 2008, I was informed that papers relating to a lawsuit naming me had been delivered to the Indio Border Patrol Station but I have not seen those papers.

6. I am not aware of any attempt to serve me personally with a summons and complaint. I have not been served with a copy of the summons and complaint by mail at the Indio Border Patrol Station.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct as executed in Indio, California, on this _18_ day of June 2008.

Jose J. Ortiz

Exhibit H

1 | KAREN P. HEWITT
United States Attorney
2 | RICHARD TOLLES
Assistant U.S. Attorney
3 | California Bar No. 078948
Office of the U.S. Attorney
4 | Federal Office Building
880 Front Street, Room 6293
5 | San Diego, California 92101-8893
Telephone: (619) 557-7479
6 |
Attorneys for Defendant
7 | United States of America

8

9 |              UNITED STATES DISTRICT COURT

10 |             SOUTHERN DISTRICT OF CALIFORNIA

11 | GUADALUPE FELIX,            )    Case No. 07cv2058 LAB (LSP)
                               )
12 |                           )    EXHIBIT 5
         Plaintiff,            )
13 |                           )
         v.                    )
14 |                           )
    UNITED STATES BORDER PATROL,)
15 | et al,                     )
                               )
16 |     Defendants.            )
    _____)

17

18 |                          EXHIBIT 5

19

20

21

22

23

24

25

26

27

28

KAREN P. HEWITT
United States Attorney
A. RICHARD TOLLES
Assistant U.S. Attorney
State of California Bar No. 78948
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-7479

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUADALUPE FELIX,<br><br>         Plaintiff,<br><br>              v.<br><br>UNITED   STATES   BORDER   PATROL;<br>DEPARTMENT OF HOMELAND SECURITY;<br>UNITED STATES BORDER PATROL AGENT<br>MICHAEL   ALLEN;   BORDER   PATROL<br>AGENT STEPHEN STIPINSKI;  UNITED<br>STATES BORDER PATROL AGENT JOHN<br>JAREQUI; BORDER PATROL AGENT JOSE<br>ORTIZ AND DOES 1-10;<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 07cv2058LAB (LSP)<br><br>**DECLARATION OF RICHARD TOLLES** |

I, Richard Tolles, declare:

1.    I am employed as an Assistant United States Attorney within the Civil Division of the Office of the United States Attorney for the Southern District of California. Within the United States Attorney's Office, I am the attorney assigned to the above-referenced matter.

12

1   2. On May 7, 2008 I caused a copy of the complaint in this

2 action to be mailed to counsel for the United States Border

3 Patrol, an agency within the Department of Homeland Security.  I

4 faxed the complaint to Border Patrol counsel on May 8, 2008.

5   I declare under penalty of perjury that the foregoing is true

6 and correct, and, if called to testify, would be able to do so as

7 to the information set forth above.

8   Executed this ___23d___ day of June, 2008, at San Diego,

9 California.

10           _Richard Telles_
            RICHARD TOLLES

11          Assistant U.S. Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28         2

13