```
 1  KAREN P. HEWITT
    United States Attorney
 2  RICHARD TOLLES
    Assistant U.S. Attorney
 3  California State Bar No. 078948
    U.S. Attorney's Office
 4  Federal Office Building
    880 Front Street, Room 6293
 5  San Diego, California 92101-8893
    Telephone:  (619) 557-7479
 6
    Attorneys for Federal Defendants
 7
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| GUADALUPE FELIX, | ) | Case No. 07cv2058 LAB(LSP) |
|---|---|---|
| Plaintiff, | ) ) | TABLE OF CONTENTS FOR EXHIBIT IN SUPPORT OF REPLY MEMORANDUM OF |
| v. | ) ) | POINTS AND AUTHORITIES AND MOTION TO DISMISS |
| UNITED STATES BORDER PATROL, et al., | ) ) | DATE: September 2, 2008 |
| | ) | TIME: 11:15 a.m. |
| Defendants. | ) | CTRM: 9 |

<u>Exhibit</u>:                                                          <u>Page</u>

15              Declaration of Ramiro Mendez                       36

KAREN P. HEWITT
United States Attorney
RICHARD TOLLES
Assistant U.S. Attorney
California State Bar No. 078948
U.S. Attorney's Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7479

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| GUADALUPE FELIX, | ) Case No. 07cv2058 LAB(LSP) |
|---|---|
| Plaintiff, | ) |
| v. | ) EXHIBIT 15 TO |
|  | ) REPLY MEMORANDUM OF POINTS AND |
|  | ) AUTHORITIES IN SUPPORT OF |
| UNITED STATES BORDER PATROL, et al., | ) MOTION TO DISMISS |
|  | ) |
|  | ) DATE: September 2, 2008 |
| Defendants. | ) TIME: 11:15 a.m. |
|  | ) CTRM: 9 |

EXHIBIT 15

## DECLARATION OF RAMIRO MENDEZ

I, Ramiro Mendez, declare as follows:

1. I am a Supervisory Border Patrol Agent with U.S. Customs and Border Protection, Office of Border Patrol, and am currently assigned to the Border Patrol Station in Indio, California. Unless stated as based on information and belief, I have personal knowledge of the facts set forth herein.

2. I have read the declaration of Miriam Espinosa.

3. I recall receiving a phone call on or about May 27, 2008 from a woman who identified herself as an Assistant United States Attorney (AUSA). Throughout my conversation with this woman, I believed I was conversing with an AUSA.

4. The woman told me she needed to send me some papers and requested the Indio Station's fax number and address, which I provided. I do not recall her using the words, "summons and complaint," or "service of process."

5. I am not familiar with and do not fully understand what service of process means. I never represented to the woman that I was authorized to accept service of process on behalf of any Border Patrol Agent.

6. In fact, I am not authorized to accept legal papers on behalf of any Border Patrol Agent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct as executed in Indio, California, on this 20th day of August 2008.

_____
Ramiro Mendez

36