**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

<u>Case</u>: Felix v. US Border Patrol      <u>Case No</u>: 07cv2058-LAB (LSP)

<u>HON.</u> Larry A. Burns      <u>CT. DEPUTY</u> (n/a)      <u>Rptr.</u> (n/a)

<u>Present</u>

<u>Plaintiff(s)</u>:      No appearance.

<u>Defendant(s)</u>:      No appearance.

Pursuant to Civil Local Rule 7.1(d)(1), the Court finds the issues presented in defendants' Motion To Dismiss appropriate for decision on the papers and without oral argument. Accordingly, the hearing presently scheduled for September 2, 2008 is ***off-calendar***, and the matter is under submission.

DATED: August 25, 2008      INITIALS:  RLW Law Clerk