# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| GUADALUPE FELIX, | CASE NO. 07CV2058-LAB (LSP) |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
| vs. | [Dkt No. 10] |
| UNITED STATES BORDER PATROL, et al., | |
| Defendants. | |

    This 42 U.S.C. § 1983 civil rights action naming as defendants the United States Border Patrol, the Department of Homeland Security, and four individual Border Patrol agents alleges plaintiff Guadalupe Felix was shot by defendants on October 29, 2005 as he "attempted to flee" during a "secondary search" of his vehicle for drugs at a checkpoint on "Highway 78."  Compl. ¶¶1, 9, 17-18. Plaintiff, proceeding through counsel, filed his Complaint on October 29, 2007.  Summons issued the same day.

    On April 7, 2008, the Court issued an Order To Show Cause re Dismissal.  No returns of service or other action had occurred in the case, and the 120-day deadline for timely service of process had passed.  Dkt No. 3.  The Court ordered plaintiff or his counsel to file a Declaration showing good cause why the case should not be dismissed for failure to serve.  Plaintiff's counsel filed a (belated) Declaration, and the Court discharged the OSC,

setting a May 12, 2008 deadline to file proofs of service. Dkt No. 5. Plaintiff filed one proof of service on the extended deadline as to defendant United States Border Patrol (Dkt No. .7) reciting that service on the Border Patrol was effectuated by personal service at the United States Attorney's Office (only), and one proof of service as to defendant Department of Homeland Security filed a day late revealing service was purportedly effectuated by a certified mailing on May 13, 2008 (Dkt No. 8). To date, no proof of service of the summons and complaint on any of the individual named defendants has been filed.

Defendants now move for dismissal, on grounds of improper service under Fed. R. Civ. P. ("Rule") 4(m), failure to comply with Rule 4(c) service requirements, failure to serve the individual defendants at all, and no good cause warrants yet another extension of time to effectuate service. Dkt Nos. 10, 12. Defendants further argue the agency defendants must be dismissed on grounds of sovereign immunity. Id. Plaintiff's counsel filed an Opposition. Dkt No. 11. Defendants filed a Reply. Dkt No. 12. The Court rejects the Opposition arguments of "sufficient" service or service in "substantial compliance" with service of process requirements.

For all the reasons recited in the Motion, and based on the authority relied on therein, **IT IS HEREBY ORDERED** the Motion is **GRANTED** and this action is dismissed in its entirety.

**IT IS SO ORDERED**.

DATED: October 28, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge